| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **ERIC THOMAS LUTZ** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number | 22-22266CMB |

## Official Form 410C13-N
## Trustee's Notice of Disbursements Made                           12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

### Part 1:  Mortgage Information

**Name of claim holder:** PNC BANK NA

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 4 3 3 0

**Property Address:** 108 SUNRISE CT
Number       Street

HARRISVILLE                                    PA      16038
City                                           State   ZIP Code

### Part 2:  Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

### Part 3:  Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 1,863.18 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,863.18 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,863.18 |

| **Part 4:** | **Postpetition Payment** |

*Check one:*

☐ Postpetition payments are made by the debtor.

☒ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice:  $ 34,262.48

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on <u>January 2026</u>. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |

Amount of postpetition fees, expenses, and charges disbursed by the trustee:  $ -0-

| **Part 6:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)** |

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✗ /s/ Ronda J. Winnecour
Signature

Date  01/22/2026

Trustee: Ronda J. Winnecour
First Name    Middle Name    Last Name

Address: CHAPTER 13 TRUSTEE WD PA, 600 GRANT STREET
Number    Street

PITTSBURGH    PA    15219
City    State    ZIP Code

Contact phone  (412) 471-5566     Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | **LUTZ** | | Case Number **22-22266CMB** | Page 1 |
|---|---|---|---|---|
| | Name | | | |

# History Of Payments

### Part 3 - b (Prepetition Arrears)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 6 | PNC BANK NA | 02/26/2024 | 1293499 | Amounts Disbursed To Creditor | 121.61 |
| 6 | PNC BANK NA | 03/26/2024 | 1296150 | Amounts Disbursed To Creditor | 362.22 |
| 6 | PNC BANK NA | 04/25/2024 | 1298813 | Amounts Disbursed To Creditor | 110.16 |
| 6 | PNC BANK NA | 05/29/2024 | 1301520 | Amounts Disbursed To Creditor | 362.22 |
| 6 | PNC BANK NA | 07/25/2024 | 1306656 | Amounts Disbursed To Creditor | 220.32 |
| 6 | PNC BANK NA | 08/26/2024 | 1309213 | Amounts Disbursed To Creditor | 110.16 |
| 6 | PNC BANK NA | 09/25/2024 | 1311812 | Amounts Disbursed To Creditor | 362.22 |
| 6 | PNC BANK NA | 10/25/2024 | 1314339 | Amounts Disbursed To Creditor | 110.16 |
| 6 | PNC BANK NA | 11/25/2024 | 1316903 | Amounts Disbursed To Creditor | 104.11 |
| | | | | Total for Claim Number 6: | 1,863.18 |
| | | | | **Total for Part 3 - b (Prepetition Arrears):** | **1,863.18** |

### Part 4 - a (Postpetition Payments)

| Claim # | Name | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|
| 6 | PNC BANK NA | 04/25/2023 | 1266181 | Amounts Disbursed To Creditor | 4,437.36 |
| 6 | PNC BANK NA | 05/25/2023 | 1269051 | Amounts Disbursed To Creditor | 925.39 |
| 6 | PNC BANK NA | 06/26/2023 | 1271940 | Amounts Disbursed To Creditor | 917.37 |
| 6 | PNC BANK NA | 07/25/2023 | 1274684 | Amounts Disbursed To Creditor | 1,143.36 |
| 6 | PNC BANK NA | 08/25/2023 | 1277466 | Amounts Disbursed To Creditor | 914.69 |
| 6 | PNC BANK NA | 09/26/2023 | 1280197 | Amounts Disbursed To Creditor | 1,143.36 |
| 6 | PNC BANK NA | 10/25/2023 | 1282907 | Amounts Disbursed To Creditor | 914.69 |
| 6 | PNC BANK NA | 11/27/2023 | 1285585 | Amounts Disbursed To Creditor | 914.42 |
| 6 | PNC BANK NA | 12/21/2023 | 1288159 | Amounts Disbursed To Creditor | 976.42 |
| 6 | PNC BANK NA | 01/26/2024 | 1290855 | Amounts Disbursed To Creditor | 1,237.78 |
| 6 | PNC BANK NA | 02/26/2024 | 1293499 | Amounts Disbursed To Creditor | 898.08 |
| 6 | PNC BANK NA | 03/26/2024 | 1296150 | Amounts Disbursed To Creditor | 898.08 |
| 6 | PNC BANK NA | 04/25/2024 | 1298813 | Amounts Disbursed To Creditor | 898.08 |
| 6 | PNC BANK NA | 05/29/2024 | 1301520 | Amounts Disbursed To Creditor | 898.08 |
| 6 | PNC BANK NA | 06/25/2024 | 1304046 | Amounts Disbursed To Creditor | 756.18 |
| 6 | PNC BANK NA | 07/25/2024 | 1306656 | Amounts Disbursed To Creditor | 1,039.98 |
| 6 | PNC BANK NA | 08/26/2024 | 1309213 | Amounts Disbursed To Creditor | 898.08 |
| 6 | PNC BANK NA | 09/25/2024 | 1311812 | Amounts Disbursed To Creditor | 898.08 |
| 6 | PNC BANK NA | 10/25/2024 | 1314339 | Amounts Disbursed To Creditor | 898.08 |
| 6 | PNC BANK NA | 11/25/2024 | 1316903 | Amounts Disbursed To Creditor | 902.35 |
| 6 | PNC BANK NA | 12/23/2024 | 1319295 | Amounts Disbursed To Creditor | 902.35 |
| 6 | PNC BANK NA | 01/28/2025 | 1321799 | Amounts Disbursed To Creditor | 922.45 |
| 6 | PNC BANK NA | 02/25/2025 | 1324215 | Amounts Disbursed To Creditor | 902.45 |
| 6 | PNC BANK NA | 03/26/2025 | 1326706 | Amounts Disbursed To Creditor | 902.45 |
| 6 | PNC BANK NA | 04/25/2025 | 1329180 | Amounts Disbursed To Creditor | 902.45 |
| 6 | PNC BANK NA | 05/23/2025 | 1331583 | Amounts Disbursed To Creditor | 902.45 |
| 6 | PNC BANK NA | 06/25/2025 | 1334035 | Amounts Disbursed To Creditor | 902.45 |
| 6 | PNC BANK NA | 07/25/2025 | 1336510 | Amounts Disbursed To Creditor | 902.45 |
| 6 | PNC BANK NA | 08/26/2025 | 1338918 | Amounts Disbursed To Creditor | 902.45 |
| 6 | PNC BANK NA | 09/25/2025 | 1341337 | Amounts Disbursed To Creditor | 902.45 |
| 6 | PNC BANK NA | 10/24/2025 | 1343810 | Amounts Disbursed To Creditor | 902.45 |
| 6 | PNC BANK NA | 11/21/2025 | 1346100 | Amounts Disbursed To Creditor | 1,805.72 |
| | | | | Total for Claim Number 6: | 34,262.48 |
| | | | | **Total for Part 4 - a (Postpetition Payments):** | **34,262.48** |

**Certificate of Serivce**

I hereby cerify that on the date shown below, I served a true and correct copy of Trustee's Notice of Disbursements Made upon the following, by regular United States mail, postage prepaid, addressed as follows:

ERIC THOMAS LUTZ
108 SUNRISE COURT
HARRISVILLE, PA  16038

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

PNC BANK NA
3232 NEWMARK DR
MIAMISBURG, OH  45342

MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH  43216-5028

Dated: 01/22/2026

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee