**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> ERIC THOMAS LUTZ <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:22-22266 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 27, 2026

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/15/2022 and confirmed on 3/2/23. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 41,885.05 |
| Less Refunds to Debtor | 479.37 | |
| TOTAL AMOUNT OF PLAN FUND | | 41,405.68 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 1,200.00 | |
|   Trustee Fee | 2,425.78 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,625.78 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 34,262.48 | 0.00 | 34,262.48 |
|     Acct: 4330 | | | | |
|   PNC BANK NA | 1,863.18 | 1,863.18 | 0.00 | 1,863.18 |
|     Acct: 4330 | | | | |
| | | | | 36,125.66 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIC THOMAS LUTZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIC THOMAS LUTZ | 268.15 | 268.15 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ERIC THOMAS LUTZ | 211.22 | 211.22 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 1,200.00 | 1,200.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***N O N E*** | | | |
| **Unsecured** | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 3,509.83 | 162.00 | 0.00 | 162.00 |
|     Acct: 1004 | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1519 | | | | |
|   PNC BANK NA | 4,821.14 | 222.53 | 0.00 | 222.53 |
|     Acct: 9002 | | | | |
|   LVNV FUNDING LLC | 2,958.31 | 136.56 | 0.00 | 136.56 |
|     Acct: 4301 | | | | |
|   LVNV FUNDING LLC | 2,018.74 | 93.19 | 0.00 | 93.19 |
|     Acct: 3823 | | | | |
|   RESURGENT RECEIVABLES LLC | 1,817.22 | 83.88 | 0.00 | 83.88 |
|     Acct: 1490 | | | | |
|   DISCOVER BANK(*) | 1,895.63 | 87.50 | 0.00 | 87.50 |
|     Acct: 7077 | | | | |
|   CAPITAL ONE NA BY AMERICAN INFOSOU | 4,525.42 | 208.88 | 0.00 | 208.88 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 4488 | | | | |
|     UPSTART NETWORK | 8,546.99 | 394.52 | 0.00 | 394.52 |
|     Acct: 0172 | | | | |
|     WELLS FARGO BANK NA | 2,701.06 | 124.68 | 0.00 | 124.68 |
|     Acct: 7236 | | | | |
|     LVNV FUNDING LLC | 3,044.03 | 140.50 | 0.00 | 140.50 |
|     Acct: 7349 | | | | |
|     MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     WELLS FARGO BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,654.24 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 37,779.90 |

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 1,863.18 |
| UNSECURED | 35,838.37 |

Date: 01/27/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ERIC THOMAS LUTZ

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:22-22266

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22266-CMB |
| Eric Thomas Lutz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Thomas Lutz, 108 Sunrise Court, Harrisville, PA 16038-1432 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15556308 | | Email/PDF: bncnotices@becket-lee.com | Feb 05 2026 00:35:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15546521 | + | Email/PDF: bncnotices@becket-lee.com | Feb 05 2026 00:34:42 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15546522 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 05 2026 00:29:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15547060 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 05 2026 00:29:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15554998 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:40 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15546524 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 05 2026 00:35:07 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15546525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2026 00:35:16 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15546526 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Feb 05 2026 00:29:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15548745 | | Email/Text: mrdiscen@discover.com | Feb 05 2026 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15546527 | + | Email/Text: mrdiscen@discover.com | Feb 05 2026 00:29:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15556212 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 00:35:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15564418 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2026 00:29:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15556278 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2026 00:29:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15546528 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2026 00:29:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15546523 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2026 00:29:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 16469873 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2026 00:35:10 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15546529 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 05 2026 00:34:41 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15546531 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 05 2026 00:29:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15546530 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 05 2026 00:29:00 | Upstart, Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15547621 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 05 2026 00:29:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15546532 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Feb 05 2026 00:35:41 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15560651 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Feb 05 2026 00:34:41 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15546533 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2026 00:35:40 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Daniel P. Foster | on behalf of Debtor Eric Thomas Lutz dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2                             User: auto                                    Page 3 of 3
Date Rcvd: Feb 04, 2026                    Form ID: pdf900                            Total Noticed: 24
TOTAL: 4