**Fill in this information to identify the case:**

Debtor 1  Eric Thomas Lutz

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  WESTERN  District of Pennsylvania

(State)

Case number  22-22266 CMB

---

Official Form 410C13-NR

# AMENDED Response to Trustee's Notice of Disbursements Made

12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

## Part 1:  Mortgage Information

**Name of claim holder:**  **PNC BANK, NATIONAL ASSOCIATION**

**Court claim no**.  (if known):

6

**Last 4 digits** of any number you use to identify the debtor's account: 4330

**Property address:**  **108 Sunrise Ct**
Number     Street
**Harrisville    PA 16038**
City                State       ZIP Code

## Part 2:  Arrearages

The total amount received to cure any arrearages as of the date of this response:     $ 1,863.18.

*Check all that apply:*

☒   The amount required to cure any prepetition arrearage has been paid in full.

☐   The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid
as of the date of this response:     $ _____.

☐   The amount required to cure any postpetition arrearage has been paid in full.

☐   The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
unpaid as of the date of this response:     $ _____.

---

Official Form 410C13-NR                    **Response to Trustee's Notice of Disbursements Made**                    page **1**

**Part 3:**  **Postpetition Payments**

(a) *Check all that apply:*

☒   The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐   The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐   The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

|  |  |  |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 12 / 04 / 2025 |
| ii. | Date next postpetition payment from the debtor is due: | 02 / 01 / 2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 912.76 |
| iv. | Unpaid principal balance of the loan: | $ 102,390.03 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 294.90 |
| vi. | Balance of the escrow account: | $ -1,387.26 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 0.00 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 71.18 |

**Part 4**  **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| Part 5: | Sign Here |
|---------|-----------|

The person completing this response must sign it. Check the appropriate box:

☐  I am the claim holder.

☒  I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Denise Carlon    Date February 20, 2026

        Signature

Name    Denise Carlon

        First name       Middle name       Last name

Title    Attorney for Secured Creditor

Company    KML Law Group, P.C.

        Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    701 Market Street, Suite, 5000

        Number       Street

        Philadelphia                           PA      19196

        City                               State      ZIP Code

Contact phone    (215) 627-1322                   Email bkgroup@kmllawgroup.com

**The information provided within the response is effective as of 01/30/2026. Figures and representations provided reflect the status as of the effective date and may not account for more recent activity.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Eric Thomas Lutz** | | **BK NO. 22-22266 CMB** |
| | **Debtor(s)** | |
| | | **Chapter 13** |
| **PNC BANK, NATIONAL ASSOCIATION** | | **Related to Claim No. 6** |
| | **Movant** | |
| **vs.** | | |
| **Eric Thomas Lutz** | | |
| | **Debtor(s)** | |
| **Ronda J. Winnecour**, | | |
| | **Trustee** | |

## CERTIFICATE OF SERVICE
## AMENDED RESPONSE TO TRUSTEE NOTICE OF DISBURSEMENTS MADE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>February 24, 2026</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

<u>Debtor(s)</u>
Eric Thomas Lutz
108 Sunrise Court
Harrisville, PA 16038

<u>Attorney for Debtor(s) (via ECF)</u>
Daniel P. Foster, Esquire
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail

Dated: <u>February 24, 2026</u>

<u>**/s/ Denise Carlon**</u>
Denise Carlon Esquire
Attorney I.D. 317226
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com

**KML LAW GROUP, P.C.**
**701 Market Street**
**Suite 5000**
**Philadelphia, PA 19106-1532**
**www.kmllawgroup.com**

February 18, 2026

Eric Thomas Lutz
108 Sunrise Court
Harrisville, PA 16038

THIS LAW FIRM MAY BE CONSIDERED A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

RE: Mortgage Company: PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION
Loan N
Name:  Eric Thomas Lutz
Property Address: 108 Sunrise Ct Harrisville, PA, 16038
Mortgage Recording Information:
Original Principal Balance: $129,117.00

# PAYOFF AMOUNT

This letter responds to your request for a payoff of the above referenced loan.

In connection with the above-captioned matter, the amount required to **PAYOFF** the outstanding loan balance including foreclosure costs and counsel fees is **$101,368.85** effective through **January 30, 2026**.

It is possible that additional expenditures may be incurred by either the mortgage company or this firm in the interim period between the time these figures are generated and the time funds are tendered. We strive to avoid such expenditures to allow sufficient time to tender payment; but at times, such expenditures are unavoidable.  In this event, only the FULL amount due will be accepted.

**NOTE:**  We require that you pay the fees and costs actually incurred as of the date of your payment. The attorney's fees and costs set forth in this figure are the actually incurred fees and costs as of the date this figure was prepared.  Some of the attorney's costs may have been paid out by our firm to third parties such as courts, sheriffs, and other service providers.  Some portion of those amounts that have been paid out to other parties may be refunded to our firm after today or after you tender funds.  Our firm is entitled to collect the reasonable and actually incurred fees and costs due and owing as of the date funds are received. Any amounts refunded by third parties after payment has been tendered, will be refunded by our office to our client to either be applied to your account or returned to the borrower, at our client's discretion.  If the amount tendered is less than the total amount due on the date of your payment, the lender or servicer reserves the right to reject your payment and continue with the legal process.

246260BK

**Property Inspections Explained:**

Inspection fees may be charged to your account by your lender for monthly inspections performed in accordance with the terms of the mortgage and the guidelines.

| | |
|---|---|
| Principal Balance due | $102,390.03 |
| Interest | $294.90 |
| Escrow/Impound Advance | -$1,387.26 |
| Pro Rata MIP/PMI Amt | $71.18 |
| TOTAL AMOUNT DUE MORTGAGE COMPANY | **$101,368.85**\*\* |

# PAYMENT INSTRUCTIONS:

We strongly encourage that funds be sent via **wire transfer** to the account set forth below.

If you choose to send by overnight mail, please send to Attention: Figures Group, KML LAW GROUP, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1532 with an overnight service that provides tracking options. If you must visit our office for the purpose of tendering funds, please make an Appointment at least 2 hours prior to arrival, by contacting KML Law Group by email to Figures@kmllawgroup.com for that purpose. You may also choose to pay by cash, cashier's check, certified bank check, money order, attorney trust account check or direct bank deposit at a Firstrust Bank branch located in the Philadelphia area.  Details on these options are noted below.

1. **Bank wire:**
Bank Name: Firstrust Bank
1 Walnut Grove Drive
Horsham, PA 19044
Name on Account: KML LAW GROUP, P.C.
Account Number
ABA Routing Number
Memo Section of wire: Mortgage Payoff for property address 108 Sunrise Ct Harrisville, PA 16038

2. **Cash, Cashier's Check, Certified Bank Check/Attorney Trustee Check/Money Order(s):**
Funds made payable to KML Law Group, P.C. and sent to Attention: Figures Group, KML LAW GROUP, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1532.  For your protection we strongly advise you send these types of funds via overnight mail with positive tracking options. Pennsylvania law requires us to include cash as an option, sending cash through the mail or delivery service or hand delivery may carry substantial risk.

3. **Direct Bank Deposit – in Philadelphia area**
Funds may be deposited in person at any Firstrust banking location. Please use our KML account number  or branch locations and hours, please visit www.firstrust.com or call 800-220-BANK

Once funds have been tendered, please email figures@kmllawgroup.com or call us at 866-413-2311 with the following information:, tracking number, check number and amount of the check, property address,  and our KML File number of 246260BK. For wire transactions please provide the Federal Reference number or proof of wire from your bank.

Please try and send the funds THREE (3) DAYS PRIOR to the above date to allow processing and mailing to our client. We recommend that the payment be sent via wire transfer. Please call our office at 866-413-2311 to confirm that the funds were received.  For immediate confirmation of funds please email figures@kmllawgroup.com and you will receive a confirmation email within 24 hours.

246260BK

**DO NOT SEND PARTIAL PAYMENTS, THEY WILL BE RETURNED TO YOU.** If you do not have the full amount due, please contact our office and your Lender's home retention, workout or loss mitigation department.

**FORECLOSURE WILL CONTINUE UNTIL FULL PAYMENT IS RECEIVED BY OUR OFFICE.  THIS LETTER DOES NOT GRANT ANY EXTENSION OR GRACE PERIOD .**

**Wire sent date: _____   Confirmation# _____**

**Email address or fax number of sender: _____**

**\*\*The payoff provided in connection with PNC's Response to the instant Trustee's Notice of Disbursements Made, is solely for purposes of the Response itself, pursuant to Bank. Rule 3002.1 and is not intended for use beyond the specific date of PNC's Response. Any attempt to pay off the subject loan pursuant to PNC's Response, will require the issuance of a new/updated payoff statement is response to an actual payoff request for purposes of paying the loan in full.**

246260BK