**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    ERIC THOMAS LUTZ

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:22-22266

Chapter 13

Document No.:  43

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this _____3rd_____ day of _____April_____, 20 26 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminate and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/3/26 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_   **dmr**
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-22266-CMB |
| Eric Thomas Lutz | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 03, 2026 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eric Thomas Lutz, 108 Sunrise Court, Harrisville, PA 16038-1432 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15556308 | | Email/PDF: bncnotices@becket-lee.com | Apr 03 2026 23:50:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15546521 | + | Email/PDF: bncnotices@becket-lee.com | Apr 03 2026 23:51:01 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15546522 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 03 2026 23:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15547060 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 03 2026 23:48:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15554998 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 23:51:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15546524 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 03 2026 23:51:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15546525 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 03 2026 23:51:08 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15546526 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 03 2026 23:48:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15548745 | | Email/Text: mrdiscen@discover.com | Apr 03 2026 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15546527 | + | Email/Text: mrdiscen@discover.com | Apr 03 2026 23:48:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15556212 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2026 23:51:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15564418 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2026 23:48:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 15556278 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2026 23:48:00 | PNC Bank, National Association, Attn: Bankruptcy Dept., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15546528 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2026 23:48:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 15546523 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 03 2026 23:48:00 | BBVA Compass, Attn: Bankruptcy, P.O. Box 10566, Birmingham, AL 35296 |
| 16469873 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 03 2026 23:50:56 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |

| | | | |
|---|---|---|---|
| 15546529 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 03 2026 23:51:05 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 15546531 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 03 2026 23:48:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15546530 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 03 2026 23:48:00 | Upstart, Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15547621 | + Email/Text: peritus@ebn.phinsolutions.com | Apr 03 2026 23:49:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE TX 76099-1149 |
| 15546532 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 03 2026 23:51:06 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 15560651 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 03 2026 23:50:55 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15546533 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 03 2026 23:51:00 | World's Foremost Bank, 4800 Nw 1st Street, Suite 300, Lincoln, NE 68521-4463 |

TOTAL: 23

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, P.O. Box 1149, GRAPEVINE, TX 76099-1149 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Daniel P. Foster | on behalf of Debtor Eric Thomas Lutz dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION denise.carlon@mccalla.com |
| Matthew Fissel | |

District/off: 0315-2                          User: auto                                    Page 3 of 3

Date Rcvd: Apr 03, 2026                       Form ID: pdf900                              Total Noticed: 24

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6